[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-10542
Non-Argument Calendar

_____

D.C. Docket No. 8:15-cr-00349-SDM-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUVENAL ABARCA-PARRA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 2, 2016)

Before ED CARNES, Chief Judge, JULIE CARNES and JILL PRYOR, Circuit
Judges.

PER CURIAM:

Stephen Langs, appointed counsel for Juvenal Abarca-Parra in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Abarca-Parra's convictions and sentences are **AFFIRMED**.